UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN OSCAR MORALES POMA, | No.  1:26-cv-0728-DJC-CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, MESA VERDE DETENTION FACILITY, | |
| Respondent. | |

Petitioner, an immigration detainee currently representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a motion to proceed in forma pauperis, and a motion to appoint counsel. The application to proceed in forma pauperis makes the required showing and is granted. See 28 U.S.C. § 1915(a).

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] In light of the complexity of the legal issues involved, the court has determined the interests of justice require appointment of counsel and the motion to appoint counsel will be granted. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be served with the § 2241 petition. See 28 U.S.C. § 2243.

In accordance with the above, IT IS ORDERED as follows:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

2. Petitioner's motion to appoint counsel (ECF No. 3) is GRANTED.

3. Within 7 days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Lisa Kennison, Courtroom Deputy for Chief Magistrate Judge Carolyn K. Delaney, via email at lkennison@caed.uscourts.gov, who shall update docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as pro hac vice CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's pro hac vice admission to practice before this court for the duration of the proceedings, nunc pro tunc to the date the appointing authority first contacted counsel about this appointment.

4. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment. The Clerk shall also serve a copy of the petition upon respondent.

Dated:  January 30, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 belt0498.110a.imm

2