UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN OSCAR MORALES POMA, | No. 1:26-cv-0728 DJC CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, MESA VERDE DETENTION FACILITY, | |
| Respondent. | |

The court previously determined the interests of justice require appointment of counsel for petitioner and directed the appointing authority for the Office of the Federal Defender to identify counsel. The Office of the Federal Defender has notified the court that Natalia Osorio-Elizondo will represent petitioner.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Natalia Osorio-Elizondo is appointed nunc pro tunc to January 30, 2026, to represent petitioner.

2. The Clerk of the Court shall provide Ms. Osorio-Elizondo with a copy of the petition for writ of habeas corpus filed January 28.

/////

/////

3.  Petitioner, through counsel, is granted 14 days within which to file a motion for preliminary injunctive relief and / or amended petition for writ of habeas corpus.

Dated:  February 9, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
poma0728.cja

2