Natalia Osorio Elizondo
nosorio@cjaca.org
**COMMUNITY JUSTICE ALLIANCE**
1809 S Street, Suite 101-291
Sacramento, CA 95811
Telephone: (888) 585-4917
Facsimile: (888) 585-4927
*Attorney for Petitioner,* Kevin Oscar Morales Poma

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN OSCAR MORALES POMA,<br>Petitioner<br><br><br>v.<br><br><br>Warden, et al. | Case No.: #: 1:26-cv-000728<br><br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND WAIVER OF HEARING FOR PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**Immigration Habeas Case**<br><br>**PETITIONER'S DHS A# 221 295 510** |

STIPULATION REGARDING BRIEFING SCHEDULE AND WAIVER OF HEARING FOR PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER

The petitioner, Kevin Oscar Morales Poma, by and through his counsel, Natalia M. Osorio-Elizondo, and the Government, by and through its counsel, Assistant United States Attorney Joshua Banister, hereby stipulate as follows:

1.  Mr. Morales Poma filed a Motion for Temporary Restraining Order ("TRO") on February 12, 2026.

2.  Pursuant to Local Rule 230(g) of the Eastern District of California and the Court's inherent authority, the parties have conferred and agree that the Motion for TRO may be decided on the existing briefing and record without oral argument or evidentiary hearing.

3.  Further, by this stipulation, the parties jointly request that the Court set the following briefing schedule:

    a.  Respondent's Response due by February 17, 2026, at 5 p.m. PST.

    b.  Petitioner's Reply/Traverse due by February 18, 2026, at 5 p.m. PST

**IT IS SO STIPULATED.**

BY:

*/s/ Natalia M. Osorio-Elizondo*
Natalia M. Osorio-Elizondo
*Attorney for Petitioner*
Kevin Oscar MORALES POMA

*/s/ Joshua M. Banister*
Joshua M. Banister, *Assistant U.S. Attorney,*
*Attorney for Respondents*

**IT IS SO ORDERED.**

Dated:  February 13, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING BRIEFING SCHEDULE AND WAIVER OF HEARING FOR PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER